IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLORIA TERRELL :
: CIVIL ACTION
v. :
: NO. 17-3102
MAIN LINE HEALTH, INC., ET AL. :

**ORDER**

**AND NOW**, this  1st  day of   June  , 2018, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 17), and all documents submitted in support thereof or in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

BY THE COURT:

**R. BARCLAY SURRICK, J.**